**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000540
13-MAY-2025
07:51 AM
Dkt. 15 ODSD**

NO. CAAP-24-0000540

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SAMUEL CARTER, Plaintif-Appellant, v.
HONOLULU POLICE DEPARTMENT, CITY & COUNTY OF HONOLULU;
CHIEF OF POLICE; WINSTON HALE; JUSTIN GONSALVES; JORDAN REGO;
KENRIC PAI; FLORAND BLANCO, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-23-0000776)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On August 8, 2024, Plaintiff-Appellant Samuel Carter (**Carter**) filed the notice of appeal, self-represented;

(2) The statement of jurisdiction and opening brief were due on or before October 7, 2024, and November 6, 2024, respectively;

(3) Carter failed to file either document, or request an extension of time;

(4) On November 15, 2024, the appellate clerk entered a default notice informing Carter that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on November 25, 2024, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Carter could request relief from default by motion;

(5) On November 26, 2024, Carter filed a Motion to Add Defendants['] Address to Default of Statement of Jurisdiction and Opening Brief (**November 26, 2024 motion**);

(6) On December 18, 2024, Carter filed a Motion to Add Defendants['] Address to Default of Answering Brief (ND4) (**December 18, 2024 motion**);

(7) Neither the November 26, 2024 motion nor the December 18, 2024 motion requests relief from default of the statement of jurisdiction or opening brief; and

(8) Carter has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawai'i, May 13, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge